UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br> Plaintiff, <br> v. <br> DORIS NG, et al., <br> Defendants. | Case No. 22-cv-01984-EMC <br><br> **JUDGMENT** |

On August 31, 2022, the Court issued its Order Granting Defendants' Motion to Dismiss, and Denying Plaintiff's Motion to Disqualify. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: August 31, 2022

_____
EDWARD M. CHEN
United States District Judge