UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br> Plaintiff, <br> v. <br> DORIS NG, et al., <br> Defendants. | Case No. 22-cv-01984-EMC <br><br> **ORDER DENYING PLAINTIFF'S PRE-FILING APPLICATION TO FILE THE FIRST MOTION TO VACATE JUDGMENT** <br><br> Docket No. 52 |

The plaintiff asks the Court for permission to file her a first motion to vacate the judgment in this case primarily because she "erroneously asserted that the DLSE had been served with a Summons and with [her] Original December 29, 2016 Complaint No. 3:16-cv07414-LB." (Docket No. 52 at 2.)

"Amendment or alteration is appropriate under Rule 59(e) if (1) the district court is presented with newly discovered evidence, (2) the district court committed clear error or made an initial decision that was manifestly unjust, or (3) there is an intervening change in controlling law." *Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001). "Rule 60(b) provides for reconsideration only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly-discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) extraordinary circumstances which would justify relief." *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

///

///

///

1  The plaintiff's proposed motion would not meet the standard under either Rule.
2  Specifically, the plaintiff's error was neither material to the Court's ruling nor newly discovered
3  evidence.  The plaintiff's prefiling application is hereby **DENIED**.
4  This order disposes of Docket No. 52.

6  **IT IS SO ORDERED**.

8  Dated: October 19, 2022

_____
EDWARD M. CHEN
United States District Judge