UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br> Plaintiff, <br> v. <br> DORIS NG, et al., <br> Defendants. | Case No. 22-cv-01984-EMC <br><br> **ORDER DENYING PLAINTIFF'S PRE-FILING APPLICATION TO FILE THE SECOND MOTION TO VACATE JUDGMENT** <br><br> Docket No. 56 |

The plaintiff asks the Court for permission to file a second motion to vacate the judgment in this case primarily for two reasons. First, the California Attorney General was not served and did not appear on behalf of the defendants Department of Industrial relations ("DIR") and Division of Labor Standards Enforcement ("DLSE"). Second, the Court did not specify which causes of action against DIR and DLSE were barred by the Eleventh Amendment. (Docket No. 56 at 2.)

"Amendment or alteration is appropriate under Rule 59(e) if (1) the district court is presented with newly discovered evidence, (2) the district court committed clear error or made an initial decision that was manifestly unjust, or (3) there is an intervening change in controlling law." *Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001). "Rule 60(b) provides for reconsideration only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly-discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) extraordinary circumstances which would justify relief." *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

///

///

1    The plaintiff's proposed motion would not meet the standard under either Rule. Specifically, the plaintiff did not present new evidence, the Court did not commit clear error, there was no intervening change in controlling law.  The Court also disagrees that the Deputy Attorney General's appearance on behalf of DLSE was somehow "fraudulent."  (Docket No. 56 at 2.)  The plaintiff's prefiling application is hereby **DENIED**.  The Court hereby bars Plaintiff from making any additional filings in this suit absent further order.

This order disposes of Docket No. 56.

**IT IS SO ORDERED**.

Dated: November 2, 2022

_____
EDWARD M. CHEN
United States District Judge